Generated: Aug 1, 2025 2:14PM

Page 1/1



## U.S. District Court

### Texas Western - San Antonio

Receipt Date: Aug 1, 2025 2:14PM

MARK ANTHONY ORTEGA
152 BEDINGFELD
SAN ANTONIO, TX 78231

Rcpt. No: 8237          Trans. Date: Aug 1, 2025 2:14PM          Cashier ID: #DG (2225)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1030 | 07/28/2025 | | $405.00 |
| | | | | Total Due Prior to Payment: | $405.00 |
| | | | | Total Tendered: | $405.00 |

**Comments:** 5:25-CV-916. MARK ANTHONY ORTEGA V. RENEWAL BY ANDERSEN LLC.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov