Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231



**RECEIVED**
JUL 30 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

U.S. District Clerk's Office
262 West Nueva St Rm 1-400
San Antonio, TX 78207

**SA25CA0916  JKP**

**MJ-RBF**

U.S. MARSHALS
RECEIVED
JUL 30 2025