**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **MARK ANTHONY ORTEGA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RENEWAL BY ANDERSEN, LLC,**<br><br>**Defendants** | **Civil Action No. 5:25-CV-00916-JKP-RBF** |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant, RENEWAL BY ANDERSEN LLC (hereinafter "Defendant"), by and through their undersigned attorneys, files this Unopposed Motion for Extension of Time to File Response to Plaintiff's Original Complaint, and in support states the following:

1. On or about July 30, 2025, MARK ANTHONY ORTEGA (hereinafter "Plaintiff") filed the Original Complaint against the Defendant, RENEWAL BY ANDERSEN, LLC. [ECF No. 1].

2. The Complaint was served upon the Defendant, RENEWAL BY ANDERSEN, LLC on or about August 12, 2025, and the current deadline to file a response is September 2, 2025. [ECF No. 8].

3. Defendant and the undersigned counsel require additional time to review and investigate the allegations in the Complaint in order to respond to the Complaint.

4. As such, the Defendant, RENEWAL BY ANDERSEN, LLC requests an additional

twenty-one (21) days to respond to the Complaint.

5. This request is made in good faith and not for the purpose of undue delay, and no party will be prejudiced by the relief sought herein.

6. This request will not affect any other deadlines.

7. Defendant's counsel certifies that it conferred with Plaintiff via email on or about August 27, 2025, and Plaintiff has indicated that he does not oppose the relief sought in this motion.

**WHEREFORE**, Defendant respectfully requests that this Court grant its motion for an extension of time to respond to the Original Complaint for twenty-one (21) days, through and including September 23, 2025, and such other and further relief this Court deems necessary and proper.

Respectfully submitted,

**The Weisblatt Law Firm, PLLC**

By: /s/ *Steven Costello*

Steven A. Costello
Texas Bar No. 24062677
Direct: (713) 324-2180
Email: sac@weisblattlaw.com
Andrew D. Weisblatt
Texas Bar No. 00785206
Email: adw@weisblattlaw.com
2312 Katy Fort Bend Road
Katy, Texas 77493
Main: (713) 666-1981

*Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that on or about August 27, 2025, Defendant's counsel Diane Zelmer (who intends to file a motion for appearance pro hac vice) communicated with Plaintiff, Mark Anthony Ortega, who indicated that he is <u>unopposed</u> to the relief sought in this motion.

/s/ *Steven Costello*
Steven A. Costello

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of this instrument was served on all parties, represented through counsel or *pro se*, through ECF, email and/or Certified Mail, pursuant to the Federal Rules of Civil Procedure, on this 28th day of August 2025:

<u>VIA CM/ECF</u>:
Mark Anthony Ortega
P.O. Box 702099
San Antonio, Texas 78270
Telephone: (210) 744-9663
Email: mortega@utexas.edu

/s/ *Steven Costello*
Steven A. Costello