UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>RENEWAL BY ANDERSEN, LLC,<br><br>Defendants | Civil Action No. 5:25-CV-00916-JKP-RBF |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S ORIGINAL COMPLAINT**

On this day the Court considered Defendant RENEWAL BY ANDERSEN, LLC's Unopposed Motion for an Extension of Time to File Response to Plaintiff's Original Complaint.

Defendant's motion is GRANTED.

IT IS ORDERED THAT the deadline for the Defendant RENEWAL BY ANDERSEN, LLC to file an answer is extended until September 23, 2025.

SIGNED on this ____ day of _____ 2025.

_____
The Honorable Richard B. Farrer
U.S. Magistrate Judge